UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BENJAMIN MARTIN,

        Plaintiff,

Case No. 2:18-CV-00248-UA-CM

v.

TRANSWORLD SYSTEMS INC.,

        Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

     Defendant, Transworld Systems Inc. (TSI), through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: August 23, 2018

                                      Respectfully submitted,

                                      */s/ Michael P. Schuette*
                                      Michael P. Schuette, Esq.
                                      Florida Bar No. 0106181
                                      Dayle M. Van Hoose, Esq.
                                      Florida Bar No. 0016277
                                      SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                      3350 Buschwood Park Drive, Suite 195
                                      Tampa, Florida 33618
                                      Telephone: (813) 890-2460

Facsimile: (866) 466-3140
mschuette@sessions.legal
dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Transworld Systems Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of August 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Jason R. Derry, Esq.
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
jderry@forthepeople.com

*/s/ Michael P. Schuette*
Attorney